UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER LEE MCDONALD,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. C19-596-MLP<br><br>ORDER REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The parties, through their attorneys, hereby stipulate that the Commissioner's final decision in this case should be remanded for further administrative proceedings under the fourth sentence of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will offer Plaintiff the opportunity for a hearing, consider any additional evidence submitted, further evaluate the medical source opinions, reassess the claimant's residual functional capacity, obtain vocational expert evidence as warranted, and issue a new decision.

Upon proper application, Plaintiff may seek an award of reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, et seq.

//

//

**IT IS SO ORDERED.**

Dated this 6th day of September, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Christopher J. Brackett
CHRISTOPHER J. BRACKETT
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2545
Fax: (206) 615-2531
christopher.brackett@ssa.gov